**United States District Court**
For the Northern District of California

1

*E-Filed: December 20, 2013*

2

3

4

5

6

7                                   NOT FOR CITATION

8                   IN THE UNITED STATES DISTRICT COURT

9                   FOR THE NORTHERN DISTRICT OF CALIFORNIA

10                             SAN JOSE DIVISION

11   KIERON SWEENEY,                        No. C13-02817 HRL

12            Plaintiff,                    **ORDER RE NOTICE OF**
                                            **VOLUNTARY DISMISAL**
     v.
13                                          **[Re: Docket No. 21]**
     CHRISTINA LAFRANCE CHRISTNER,
14   ET AL.,

15            Defendants.
     _____/
16

17            Plaintiff Kieron Sweeney sued defendants Christina LaFrance Christner and Ryan LaFrance

18   for an alleged breach of an oral agreement.  On November 22, 2013, at 11:05 AM, Sweeney e-filed

19   a Notice of Voluntary Dismissal.  Ten minutes later, defendants e-filed their Counterclaim and

     Answer to the Complaint, which effectively served Sweeney electronically upon filing.
20
              "[T]he plaintiff may dismiss an action without a court order by filing: (i) a notice of
21
     dismissal before the opposing party serves either an answer or a motion for summary judgment."
22
     Fed. R. Civ. P. 41(a)(1)(A).  "Unless the notice . . . states otherwise, the dismissal is without
23
     prejudice."  Fed. R. Civ. P. 41(a)(1)(B).  "This 'absolute right' for a plaintiff voluntarily to dismiss
24
     an action when the defendant has not yet served an answer or a summary judgment motion leaves no
25
     role for the court to play."  *Am. Soccer Co. v. Score First Enterprises*, 187 F.3d 1108, 1110 (9th Cir.
26
     1999).  "The filing of a notice of voluntarily dismissal with the court automatically terminates the
27
     action as to defendants who are the subjects of the notice. . . . Such a dismissal leaves the parties as
28

though no action had been brought." *Id.* (quoting *Wilson v. City of San Jose*, 111 F.3d 688, 692 (9th Cir. 1997)).

Because Sweeney filed a notice of voluntary dismissal before defendants served an answer or motion for summary judgment, the action is automatically dismissed without prejudice.[1] Accordingly, all hearings and deadlines are terminated. If defendants wish to pursue the claims raised in their Counterclaim, they must do so in a separate action. The clerk shall close this file.

**IT IS SO ORDERED.**

Dated: December 20, 2013

_____
HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

[1] On December 3, 2013, a case management conference was held, at which time the Court expressed to the parties its view that the case had been dismissed. Nonetheless, defendants were given four days to file a letter brief addressing why the case should not be dismissed. They did not do so.

**C13-02817 HRL Notice will be electronically mailed to:**

Harmeet K. Dhillon      harmeet@dhillonsmith.com, kshoquist@dhillonsmith.com

Nitoj Paul Singh      nsingh@dhillonsmith.com

Phillip Brooks Rose      phillip@pbrlegal.com

Priya Dahanukar Brandes      pbrandes@dhillonsmith.com

**Counsel are responsible for distributing copies of this document to co-counsel who have not registered for e-filing under the court's CM/ECF program.**